In re **Nickolas Thompson**  Case No. **11-19450**
**Regina Thompson**
(if known)

*AMENDED 8/24/2011*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $24.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking Account Account No. #xxxx2374 | C | $2,400.00 |
| | | Chase Savings Account Account No: xxxx1320 | C | $0.85 |
| | | Chase Checking Account Account No: xxxx3812 | C | $0.37 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household Goods and Furnishings | C | $1,450.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures, and Movies | C | $320.00 |
| 6. Wearing apparel. | | Clothing | C | $1,500.00 |
| 7. Furs and jewelry. | | Jewelry | C | $175.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re **Nickolas Thompson**  Case No. **11-19450**
  **Regina Thompson**
  (if known)

*AMENDED 8/24/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re **Nickolas Thompson**  Case No. **11-19450**
**Regina Thompson**
(if known)

*AMENDED 8/24/2011*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re **Nickolas Thompson**     Case No. **11-19450**
**Regina Thompson**
                                                        (if known)

*AMENDED 8/24/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Chevy Silverado (218,600 miles) | C | $3,650.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                          **3** continuation sheets attached     **Total >**     **$9,520.22**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Nickolas Thompson**  Case No. **11-19450**
     **Regina Thompson**
                                                   (If known)

### *AMENDED 8/24/2011*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Lot<br>Lot 001 Block 002<br>Sec 24 TWP 147 Range 003<br><br>(Raw Land located in Bemidji, MN 56601; Annual Property Tax $246) | 11 U.S.C. § 522(d)(5) | $10,000.00 | $10,000.00 |
| Cash | 11 U.S.C. § 522(d)(5) | $24.00 | $24.00 |
| Chase Checking Account<br>Account No. #xxxx2374 | 11 U.S.C. § 522(d)(5) | $2,400.00 | $2,400.00 |
| Chase Savings Account<br>Account No: xxxx1320 | 11 U.S.C. § 522(d)(5) | $0.85 | $0.85 |
| Chase Checking Account<br>Account No: xxxx3812 | 11 U.S.C. § 522(d)(5) | $0.37 | $0.37 |
| Household Goods and Furnishings | 11 U.S.C. § 522(d)(3) | $1,450.00 | $1,450.00 |
| Books, Pictures, and Movies | 11 U.S.C. § 522(d)(3) | $320.00 | $320.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $1,500.00 | $1,500.00 |
| Jewelry | 11 U.S.C. § 522(d)(4) | $175.00 | $175.00 |
| 2000 Chevy Silverado<br>(218,600 miles) | 11 U.S.C. § 522(d)(2) | $3,450.00 | $3,650.00 |
| | 11 U.S.C. § 522(d)(5) | $200.00 | |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$19,520.22** | **$19,520.22** |