The Honorable Timothy W. Dore
Chapter 7
Hearing Date: March 21, 2018
Hearing Time: 9:30 AM
Hearing Location: Seattle, WA
**Response Due Date: March 14, 2018**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: <br><br> NICKOLAS THOMPSON AND REGINA THOMPSON, <br><br> Debtors. | Bankruptcy No. 11-19450-TWD <br><br> Chapter 7 <br><br> DEBTOR'S MOTION TO AVOID LIEN OF MIDLAND FUNDING LLC UNDER 11 U.S.C. § 522(f) WITH NOTICE OF HEARING |

**PLEASE TAKE NOTICE** that this hearing is set to consider Debtors' Motion to Avoid Lien under § 522(f) will be held on March 21, 2018.

| JUDGE: | The Honorable Timothy W. Dore |
|---|---|
| PLACE: | United States Courthouse, 700 Stewart Street, Room 8106 Seattle, WA 98101 |
| DATE: | March 21, 2018 |
| TIME: | 9:30 AM |
| **RESPONSE DATE:** | **March 14, 2018** |

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Court Clerk and deliver copies on the undersigned no later than the response date, which is **March 14, 2018.**

If no response is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

DATED this 14th day of February 2018.

        HENRY, DEGRAAFF & MCCORMICK, P.S.

        By:  */s/ Christina L Henry*
          Christina L Henry, WSBA 31273

DEBTOR'S MOTION TO AVOID LIEN OF MIDLAND FUNDING LLC UNDER 11 U.S.C. § 522(F) WITH NOTICE OF HEARING - 1

HENRY & DEGRAAFF, PS
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax 1 (206) 400-7609

Case 11-19450-TWD Doc 29 Filed 02/14/18 Ent. 02/14/18 15:04:49 Pg. 1 of 3

## Motion

COMES NOW Regina Thompson a/k/a Regina Anderson and Nickolas Thompson, the Chapter 7 Debtors in the above referenced case, by and through their attorney, Christina L Henry of Henry & DeGraaff, P.S., and moves the court for an order pursuant to 11 U.S.C. §522(f) to avoid the judgment lien held by Midland Funding LLC as successor in interest to Emerge on the Raw Land located in Bemidji, MN 56601 – Lot 001 Blook 002 Sec 24 TWP 147 Range 003 (hereinafter "Raw Land").

### A. BACKGROUND.

The Debtors filed a voluntary petition pursuant to Chapter 13 of Title 11 the United States Code on August 9, 2011, prior to the bankruptcy filing, Midland Funding LLC filed a Judgment in Minnesota state court in Beltrami County under Judgment No. 04-CV-08-2226. The judgment is clouding the title to the two above properties and may be impairing the Debtors' exemptions.

Said Judgment appears as follows:

a) Judgment:

| | |
|---|---|
| **Doc Type** | JUDGMENT |
| **Grantor** | Regina A Thompson a/k/a Regina Gina Gagnon |
| **Grantee** | MIDLAND FUNDING LLC as successor in interest to Emerge |
| **Dated** | April 15, 2008 |
| **CaseNo.** | 04-CV-08-2226 |
| **Amount of Judgment** | $1,757.80 plus interest |
| **Legal Description** | Lot 001 Blook 002 Sec 24 TWP 147 Range 003 |

The Debtors valued their Raw Land located Bemidji, MN 56601 at $10,000 on the date of their bankruptcy filing. Their Raw Land is owned free and clear without any consensual liens or mortgages. The Debtors have taken a wildcard exemption for the fair market value of the

DEBTOR'S MOTION TO AVOID LIEN OF MIDLAND FUNDING LLC UNDER 11 U.S.C. § 522(F) WITH NOTICE OF HEARING - 2

HENRY & DEGRAAFF, PS
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax 1 (206) 400-7609

Case 11-19450-TWD    Doc 29    Filed 02/14/18    Ent. 02/14/18 15:04:49    Pg. 2 of 3

property in the amount of $10,000 under RCW § 522(d)(5). The judgment lien held by Midland Funding LLC impairs Debtor's exemptions and can be avoided as under 11 U.S.C. §522(f).

### B. ARGUMENT.

Under 11 U.S.C. §522(f), a debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption. Here, debtor has claimed an wildcard exemption of $10,000 under RCW §522(d)(5), and the existence of Midland Funding LLC on the Raw Land impairs an exemption to which the Debtor would otherwise be entitled under 11 U.S.C. §522(f).

### C. PRAYER FOR RELIEF

WHEREFORE, Debtors pray for an order against Midland Funding LLC for the cancellation and avoidance of the aforementioned judgment lien and for such additional or alternative relief as may be just and proper.

DATED this 14th day of February 2018.

                                  HENRY, DEGRAAFF & MCCORMICK, P.S.

                              By: */s/ Christina L Henry*
                                  Christina L Henry, WSBA #31273
                                  Attorneys for the Debtor

DEBTOR'S MOTION TO AVOID LIEN OF MIDLAND FUNDING LLC UNDER 11 U.S.C. § 522(F) WITH NOTICE OF HEARING - 3

**HENRY & DEGRAAFF, PS**
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax 1 (206) 400-7609

Case 11-19450-TWD    Doc 29    Filed 02/14/18    Ent. 02/14/18 15:04:49    Pg. 3 of 3