UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

NICKOLAS THOMPSON AND REGINA THOMPSON,

Debtor(s).

Bankruptcy No. 11-19450-TWD

Chapter 13

ORDER GRANTING DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)

THIS MATTER came before this Court upon Debtors' Motion to Avoid Lien under §522(F), it appearing that all interested parties have received notice and that no objections to the motion were filed now therefore, it is hereby

ORDERED that the Debtors' Motion to Avoid Lien under §522(f) is hereby granted and the following Judgment Lien is avoided and cancelled:

Judgment:

| | |
|---|---|
| **Doc Type** | JUDGMENT |
| **Grantor** | Regina A Thompson a/k/a Regina Gina Gagnon |
| **Grantee** | MIDLAND FUNDING LLC as successor in interest to Emerge |
| **Dated** | April 15, 2008 |
| **CaseNo.** | 04-CV-08-2226 |
| **Amount of Judgment** | $1.757.80 plus interest |
| **Legal Description** | Lot 001 Blook 002 Sec 24 TWP 147 Range 003 |

//END OF ORDER//

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIEN UNDER 11 U.S.C. § 522(F) - 7

HENRY & DEGRAAFF, PS
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax 1 (206) 400-7609

Presented by:

HENRY & DeGRAAFF, P.S.

*/s/ Christina L Henry*
Christina L Henry, WSBA 31273

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIEN UNDER 11 U.S.C. § 522(F) - 8

**HENRY & DeGraaff, PS**
150 Nickerson St, Ste 311
Seattle, Washington 98109
telephone (206) 330-0595
fax 1 (206) 400-7609

Case 11-19450-TWD    Doc 29-2    Filed 02/14/18    Ent. 02/14/18 15:04:49    Pg. 2 of 2